FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

03 JAN 29 PM 1: 22

U.S. DISTRICT COURT
N.D. OF ALABAMA

JACQUELINE HARRIS

    Plaintiff

v.                                                                      CV 02-PT-477-M

CONTINENTAL CASUALTY
COMPANY

    Defendant.

ENTERED
JAN 29 2003

## MEMORANDUM OPINION

On reflection the court has decided not to refer the interest issue to a magistrate judge. The issue is to be decided based upon this court's discretion. The court will not apply Ala. Code Section 27-1-17 because the court does not find bad faith in the denial. While the multitude of medical problems of the deceased did not justify a denial, it is understandable why that factor could have, at least, been considered. This court has applied its discretion in accordance with *Florence Nightingale Nursing Service, Inc. v. Blue Cross-Blue Shield of Ala.*, 41 F.3d 1476, 1484 (11th Cir. 1995). An appropriate rate is six (6) per cent.

    **DONE** and **ORDERED** this the 31st day of January, 2003.

                                           ROBERT B. PROPST
                                           SENIOR UNITED STATES DISTRICT JUDGE